UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. AKA LOMPA RANCH,<br><br>   Plaintiff,<br>v.<br><br>ANCHOR WAREHOUSE SERVICES LLC DBA ANCHOR WAREHOUSE PACKING SERVICES, ET AL.,<br><br>   Defendants. | Case No.: C 11-00062 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On February 4, 2011, Defendants Anchor Warehouse Services, LLC and Garth A. Ramseier moved to dismiss. This case has been assigned to the undersigned magistrate judge. Before the court takes any further action in the case, the court must determine whether or not all of the parties who have appeared consent to magistrate judge jurisdiction by the undersigned, or whether any of the parties request reassignment to a district judge. Therefore,

IT IS HEREBY ORDERED that no later than February 14, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at

ORDER, *page 1*

1 | www.cand.uscourts.gov.

2 | Dated: February 8, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge