UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. AKA LOMPA RANCH,<br>　　　　　Plaintiff,<br>　　v.<br>ANCHOR WAREHOUSE SERVICES, LLC DBA ANCHOR WAREHOUSE PACKING SERVICES, ET AL.,<br>　　　　　Defendants. | Case No.: C 11-00062 PSG<br><br>**ORDER FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE** |

On February 4, 2011, Defendants Anchor Warehouse Services, LLC and Garth A. Ramseier moved to dismiss. On February 8, 2011, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment," no later than February 14, 2011. ("February 8, 2011 Order"). Not all of the parties have consented to the jurisdiction of this court (or otherwise responded to the February 8, 2011 Order). Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated:   February 15, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*