DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br>　　　　　Plaintiff,<br>v.<br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually,<br>　　　　　Defendants. | Case No. CV11-00062 EJD<br><br>**STIPULATION AND ORDER TO CONTINUE JOINT CASE MANAGEMENT CONFERENCE STATEMENT** SUBMISSION<br><br>Judge:　　　　Hon. Edward J. Davila<br>Hearing Date:　June 17, 2011<br>Time:　　　　10:00 a.m.<br>Courtroom:　　1-5 |
| M. PARK, INC., OLD WEST EXPORT, INC., S.SURABIAN & SONS dba S. SURABIAN & SONS GROWERS & SHIPPERS, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN SR., and MARY FLORA<br>　　　　　Cross-Claimants<br>v.<br>ANCHOR WAREHOUSE SERVICES LLC, dba ANCHOR WAREHOUSE PACKING SERVICES<br>　　　　　Cross-Defendants | |

　　Plaintiff Lompa Farms, Inc. requests a continuance for the submission of the Joint Case Management Conference Statement when the Court has reassigned this matter to the Honorable Judge Edward Davila and moved the Status Conference hearing from April 29, 2011 to June 17,

1 | 2011, subject to the following stipulation between the parties.

2 | IT IS HEREBY STIPULATED BETWEEN parties, Plaintiffs and Defendants., through

3 | parties respective undersigned counsel, that the deadline to provide the Court the Joint Case

4 | Management Statement in this matter be moved from May 5, 2011 to May 13, 2011.

DIEMER, WHITMAN & CARDOSI, LLP

Dated: 5/3/2011

_____
JOHN P. CARDOSI, Esq.
Attorney for the Plaintiff, LOMPA FARMS, INC.

WILD, CARTER & TIPTON

Dated:

_____
PATRICK GORMAN, Esq.
Attorney for the Defendants
ANCHOR WAREHOUSE SERVICES LLC, dba
ANCHOR WAREHOUSE PACKING SERVICES
and GARTH RAMSEIER

BAKER MANOCK AND JENSEN, PC

Dated: May 3, 2011

_____
ELISABETH TIETJEN
Attorneys for Defendants and Cross Claimants M. PARK, INC., OLD WEST EXPORT, INC., S.SURABIAN & SONS dba S. SURABIAN & SONS GROWERS & SHIPPERS, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN SR., and MARY FLORA

### ORDER

The Court being so informed by stipulation of counsel:

**IT IS SO ORDERED.**

Dated:

_____
HONORABLE EDWARD J. DAVILA

1  2011, subject to the following stipulation between the parties.

2      IT IS HEREBY STIPULATED BETWEEN parties, Plaintiffs and Defendants., through parties respective undersigned counsel, that the deadline to provide the Court the Joint Case Management Statement in this matter be moved from May 5, 2011 to May 13, 2011.

DIEMER, WHITMAN & CARDOSI, LLP

Dated: 

_____
JOHN P. CARDOSI, Esq.
Attorney for the Plaintiff, LOMPA FARMS, INC.

WILD, CARTER & TIPTON

Dated: 5/4/11

_____
PATRICK GORMAN, Esq.
Attorney for the Defendants
ANCHOR WAREHOUSE SERVICES LLC, dba
ANCHOR WAREHOUSE PACKING SERVICES
and GARTH RAMSEIER

BAKER MANOCK AND JENSEN, PC

Dated: 

_____
ELISABETH TIETJEN
Attorneys for Defendants and Cross ClaimantsM. PARK, INC., OLD WEST EXPORT, INC., S.SURABIAN & SONS dba S. SURABIAN & SONS GROWERS & SHIPPERS, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN SR., and MARY FLORA

**ORDER**

The Court being so informed by stipulation of counsel:

**IT IS SO ORDERED.**

Dated: May 5, 2011

_____
HONORABLE EDWARD J. DAVILA

1
2                              **COURT SERVICE LIST**

3   Patrick John Gorman
    Wild, Carter & Tipton
4   246 West Shaw Avenue
    Fresno, CA 93704
5
    Charles Kendall Manock
6   Baker Manock and Jensen
    5260 N Palm Dr Ste 421
7   Fig Garden Financial Ctr
    Fresno, CA 93704
8
    Elisabeth Fullmer Tietjen
9   Baker Manock Jensen
    5260 North Palm Avenue
10  Suite 410
    Fresno, CA 93704
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28