| | |
|---|---|
| 1 | DIEMER, WHITMAN & CARDOSI, LLP |
|   | KATHRYN DIEMER #133977 |
| 2 | 75 East Santa Clara Street, Suite 290 |
|   | San Jose, California 95113 |
| 3 | |
|   | Freeborn & Peters LLP |
| 4 | Jason R. Klinowski |
|   | jklinowski@freebornpeters.com |
| 5 | 311 South Wacker Drive |
|   | Suite 3000 |
| 6 | Chicago, IL 60606-6677 |
|   | Telephone:   312.360.6000 |
| 7 | Facsimile:   312.360.6520 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH, | | |
| Plaintiff, | | CIVIL ACTION |
| v. | | Case No. 5:11-CV-62 EJD |
| ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually,, | | **ORDER CONTINUING ADR DEADLINE AND EXTENDING DISCOVERY DEADLINES**<br><br>Judge: Hon. Edward J. Davia<br>Complaint Date: January 6, 2011<br>Pre-Trial Hearing Date: November 4, 2011 |
| Defendants. | | |

The Court, having reviewed the Stipulated Request for Order Extending the Deadline for ADR completion and Discovery submitted by the parties and good cause appearing,

ORDER CONTINUING ADR DEADLINE
AND EXTENDING DISCOVERY
DEADLINES

IT IS HEREBY ORDERED that the ADR completion deadline shall be extended from September 30, 2011 to December 15, 2011.

IT IS FURTHER ORDERED that the expert and discovery deadlines shall be extended as follows:

    a.    Completion of discovery shall be extended from December 1, 2011 to occur on or before February 24, 2012;

    b.    Date for Hearing all dispositive motions shall be changed from April 27, 2012 at 9:00 a.m.

    c.    Completion of the Preliminary Pretrial Conference Statement shall be changed from October 25, 2011 to February 24, 2012, before which counsel for parties shall meet and confer to discuss the preparation of a joint pretrial statement.

    d.    The preliminary pretrial conference will be held on March 2, 2012, at 2:30 p.m.

Dated: September 2, 2011

_____
Hon. Edward J. Davila
United States Judge for the District Court

STIPULATED REQUEST FOR ORDER CONTINUING DEADLINES

**COURT SERVICE LIST**

Louis D. Torch, Esq.
BAKER, MANOCK AND JENSEN
5260 North Palm, Suite 421
Fresno, CA  93704
ltorch@bakermanock.com

Patrick J. Gorman, Esq.
WILD, CARTER & TIPTON
246 West Shaw Avenue
Fresno, CA  93704

STIPULATED REQUEST FOR ORDER CONTINUING DEADLINES