Edward W. Smithers (121268)
Mary Ann O'Hara (136379)
Maureen L. Tabari (132359)
SMITHERS LAW FIRM
160 West Santa Clara Street, Suite 1025
San Jose, CA 95113-1700
(408) 271-1200 (telephone)
(408) 271-1201 (facsimile)
ews@smitherslf.com
mao@smitherslf.com
mlt@smitherslf.com

Attorneys for Defendant,
MAX CARDEY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br><br>Plaintiff,<br><br>v.<br><br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIM | **Case No. CV 11-00062 EJD**<br><br>**JOINDER OF DEFENDANT MAX CARDEY IN MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, FILED BY DEFENDANTS ANCHOR WAREHOUSE SERVICES, LLC and GARTH A. RAMSEIER**<br><br>DATE: January 27, 2012<br>TIME: 9:00 a.m.<br>LOCATION: Courtroom 1, 5th Floor |

Defendant Max Cardey hereby files this joinder in the pending motion to dismiss filed by Defendants Anchor Warehouse Services, LLC and Garth A. Ramseier. The motion to dismiss is noticed to be heard on January 27, 2012 at 9:00 a.m.

DATED: November 8, 2011          SMITHERS LAW FIRM

By: _____
Edward W. Smithers

Attorneys for Defendant,
MAX CARDEY

JOINDER OF MAX CARDEY IN MOTION TO DISMISS
CASE NO. CV 11-00062 EJD
SMITHERS LAW FIRM