**IT IS SO ORDERED**
Judge Edward J. Davila
1/11/2011

DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
DOMINIQUE A. SOPKO #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br><br>Plaintiff,<br><br>v.<br><br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. CV 11-00062 EJD<br><br>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING and GARTH A. RAMSEIER SERVICES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)<br><br>Hon. Edward J. Davila<br><br>Action Filed: July 7, 2011 |

**PLEASE TAKE NOTICE** that Plaintiff, Lompa Farms ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice as to Defendants ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING and GARTH A. RAMSEIER only.

Date:   January 10, 2012          LOMPA FARMS, INC. a/k/a LOMPA RANCH


                                   By:  /s/ Kathryn Diemer, Esq.
                                          Attorney for Plaintiff

**COURT SERVICE LIST**

Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com