1 | DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
DOMINIQUE A. SOPKO #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

**IT IS SO ORDERED**
Judge Edward J. Davila

1/13/2011

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH, | CIVIL ACTION |
| Plaintiff, | Case No. CV 11-00062 EJD |
| v. | STIPULATION FOR ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP (a)(2)] |
| ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, et al., | Hon. Edward J. Davila |
| Defendants. | Action Filed: July 7, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a LOMPA RANCH and defendant OLD WEST EXPORT, INC., by and through their respective counsel, that the court enter an Order of Dismissal with prejudice of defendant OLD WEST EXPORT, INC. from the above captioned action pursuant to FRCP 41(a)(2).

Date: January 10, 2012        LOMPA FARMS, INC. a/k/a LOMPA RANCH

                              By: /s/ Kathryn S. Diemer, Esq.
                                   Attorney for Plaintiff

Date: January 11, 2012        OLD WEST EXPORT, INC.

                              By: /s/ Louis D. Torch, Esq.
                                   Attorney for Defendant

**COURT SERVICE LIST**

Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com