**IT IS SO ORDERED**
Judge Edward J. Davila
1/13/2012

1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  DOMINIQUE A. SOPKO #240015
   75 East Santa Clara Street, Suite 290
3  San Jose, California 95113

4  ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br><br>          Plaintiff,<br><br>     v.<br><br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, et al.,<br><br>          Defendants. | CIVIL ACTION<br><br>Case No. CV 11-00062 EJD<br><br>STIPULATION FOR ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP (a)(2)]<br><br>Hon. Edward J. Davila<br><br>Action Filed: July 7, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a LOMPA RANCH and defendant ALBERT O. SURABIAN, SR., by and through their respective counsel, that the court enter an Order of Dismissal with prejudice of defendant ALBERT O. SURABIAN, SR. from the above captioned action pursuant to FRCP 41(a)(2).

Date:   January 10, 2012           LOMPA FARMS, INC. a/k/a LOMPA RANCH


                                    By: /s/ Kathryn S. Diemer, Esq.
                                        Attorney for Plaintiff

Date:   January 11, 2012           ALBERT O. SURABIAN, SR.

                                    By: /s/ Louis D. Torch, Esq.
                                        Attorney for Defendant

**COURT SERVICE LIST**

Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com