**IT IS SO ORDERED**
[signature]
Judge Edward J. Davila
1/13/2012

DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
DOMINIQUE A. SOPKO #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br><br>Plaintiff,<br><br>v.<br><br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, et al.,<br><br>Defendants. | CIVIL ACTION<br><br>Case No. CV 11-00062 EJD<br><br>STIPULATION FOR ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP (a)(2)]<br><br>Hon. Edward J. Davila<br><br>Action Filed: July 7, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a LOMPA RANCH and defendant LANE A ANDERSON, by and through their respective counsel, that the court enter an Order of Dismissal with prejudice of defendant LANE A ANDERSON from the above captioned action pursuant to FRCP 41(a)(2).

Date:   January 10, 2012              LOMPA FARMS, INC. a/k/a LOMPA RANCH


                                       By:  /s/ Kathryn S. Diemer, Esq.
                                            Attorney for Plaintiff

Date:   January 11, 2012              LANE ANDERSON

                                       By:  /s/ Louis D. Torch, Esq.
                                            Attorney for Defendant

**COURT SERVICE LIST**

Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com