IT IS SO ORDERED

Judge Edward J. Davila

1/13/2012

1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  DOMINIQUE A. SOPKO #240015
   75 East Santa Clara Street, Suite 290
3  San Jose, California  95113

4  ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

5                  **UNITED STATES DISTRICT COURT**
6                  **NORTHERN DISTRICT OF CALIFORNIA**
                          **SAN JOSE DIVISION**
7

8  LOMPA FARMS, INC. a/k/a LOMPA    )
   RANCH,                          )  CIVIL ACTION
9                                  )
                  Plaintiff,       )  Case No. CV 11-00062 EJD
10                                 )
        v.                         )  STIPULATION FOR ORDER FOR
11                                 )  VOLUNTARY DISMISSAL WITH
   ANCHOR WAREHOUSE SERVICES LLC   )  PREJUDICE [FRCP (a)(2)]
12 d/b/a ANCHOR WAREHOUSE PACKING  )
   SERVICES, et al.,               )  Hon.  Edward J. Davila
13                                 )
                  Defendants.      )  Action Filed:  July 7, 2011
14                                 )
                                   )
15                                 )
   _____)

16
         IT IS HEREBY STIPULATED by and between plaintiff  LOMPA FARMS, INC. a/k/a
17
   LOMPA RANCH and defendant MARY FLORA,  by and through their respective counsel, that
18
   the court enter an Order of Dismissal with prejudice of defendant MARY FLORA from the
19
   above captioned action pursuant to FRCP 41(a)(2).
20

21 Date:    January 10, 2012              LOMPA FARMS, INC. a/k/a LOMPA RANCH
22

23

24                                        By:__/s/ Kathryn S. Diemer, Esq.__
                                               Attorney for Plaintiff
25

26 Date:    January 11, 2012              MARY FLORA
27

28                                        By:__/s/ Louis D. Torch, Esq.____
                                               Attorney for Defendant

1

## COURT SERVICE LIST

2

3   Edward William Smithers
    Counsel for Max Cardey
    ews@smitherslf.com

4

5   Louis D. Torch
    Counsel for M. Park et al.
    ltorch@bakermanock.com

6

7   Patrick Gorman, Esq.
    Counsel for Anchor Warehouse et al.
    Pgorman@wctlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28