IT IS SO ORDERED

Judge Edward J. Davila

1/13/2012

1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  DOMINIQUE A. SOPKO #240015
   75 East Santa Clara Street, Suite 290
3  San Jose, California  95113

4  ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

5                   UNITED STATES DISTRICT COURT
6                 NORTHERN DISTRICT OF CALIFORNIA
                        SAN JOSE DIVISION
7

8  LOMPA   FARMS,   INC.   a/k/a   LOMPA   )   CIVIL ACTION
   RANCH,                                  )
9                                          )   Case No. CV 11-00062 EJD
                        Plaintiff,         )
10                                         )   STIPULATION FOR ORDER FOR
       v.                                  )   VOLUNTARY DISMISSAL WITH
11                                         )   PREJUDICE [FRCP (a)(2)]
   ANCHOR WAREHOUSE SERVICES LLC           )
12 d/b/a ANCHOR WAREHOUSE PACKING          )   Hon.  Edward J. Davila
   SERVICES, et al.,                       )
13                                         )   Action Filed:   July 7, 2011
                        Defendants.        )
14                                         )
                                           )
15                                         )

16         IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a

17 LOMPA RANCH and defendant  S. SURABIAN & SONS d/b/a  S. SURABIAN & SONS

18 GROWERS & SHIPPERS,  by and through their respective counsel, that the court enter an Order

19 of Dismissal with prejudice of defendant S. SURABIAN & SONS  from the above captioned

20 action pursuant to FRCP 41(a)(2).

21

22 Date:    January 10, 2012                 LOMPA FARMS, INC. a/k/a LOMPA RANCH

23

24                                           By:__/s/ Kathryn S. Diemer, Esq.___
                                                   Attorney for Plaintiff
25

26 Date:   January 11, 2012                  S.  SURABIAN  & SONS d/b/a S. SURABIAN &
                                             SONS GROWERS & SHIPPERS
27

28                                           By:__/s/ Louis D. Torch,  Esq.____
                                                   Attorney for Defendant

1

## COURT SERVICE LIST

2

3 Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

4

5 Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

6

7 Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28