IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC., | CASE NO. 5:11-cv-00062 EJD |
| Plaintiff(s), | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| ANCHOR WAREHOUSE SERVICES LLC., et. al., | |
| Defendant(s). | |

The above-entitled matter is scheduled for a Preliminary Pretrial Conference on March 2, 2012. See Docket Item No. 78. Although the parties failed to file a Joint Preliminary Pretrial Conference Statement as required, the court nonetheless finds a Preliminary Pretrial Conference premature at this time due to the pending Motion to Dismiss. See Docket Item No. 115.

Accordingly, the Preliminary Pretrial Conference scheduled for March 2, 2012, is CONTINUED to **May 11, 2012, at 11:00 a.m.** The parties shall file a Joint Preliminary Pretrial Conference Statement no later than **May 1, 2012.**

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
EDWARD J. DAVILA
United States District Judge