1 | DIEMER, WHITMAN & CARDOSI, LLP
2 | KATHRYN DIEMER #133977
   | DOMINIQUE A. SOPKO #240015
   | 75 East Santa Clara Street, Suite 290
3 | San Jose, California 95113

4 | ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

*IT IS SO ORDERED*
*[signed] Judge Edward J. Davila*
*4/17/2012*

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH, | |
| Plaintiff, | CIVIL ACTION |
| v. | Case No. CV 11-00062 EJD |
| ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually, | PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MAX CARDEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |
| | Hon. Edward J. Davila |
| Defendants. | Action Filed: July 7, 2011 |

**PLEASE TAKE NOTICE** that Plaintiff, Lompa Farms ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice as to Defendant MAX CARDEY.

Date: April 12, 2012                                   LOMPA FARMS, INC. a/k/a LOMPA RANCH


                                                       By: /s/ Kathryn Diemer, Esq.
                                                              Attorney for Plaintiff

1 **COURT SERVICE LIST**

2 Edward William Smithers
Counsel for Max Cardey
3 ews@smitherslf.com

4 Louis D. Torch
Counsel for M. Park et al.
5 ltorch@bakermanock.com

6 Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
7 Pgorman@wctlaw.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28