DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
DOMINIQUE A. SOPKO #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC. a/k/a LOMPA RANCH

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH, <br><br> Plaintiff, <br><br> v. <br><br> ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, M. PARK, INC., OLD WEST EXPORT, INC., S. SURABIAN & SONS d/b/a S. SURABIAN & SONS GROWERS & SHIPPERS and GARTH A. RAMSEIER, MAX CARDEY, DIANN ANDERSON, DAVE MUSE, LANE A. ANDERSON, HYUN J. KIM, ALBERT O. SURABIAN, SR., and MARY FLORA, each individually, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. CV 11-00062 EJD <br><br> PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT MAX CARDEY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) <br><br> Hon. Edward J. Davila <br><br> Action Filed: July 7, 2011 |

[STAMP: IT IS SO ORDERED /s/ Edward J. Davila, Judge Edward J. Davila, United States District Court, Northern District of California  4/17/2012]

**PLEASE TAKE NOTICE** that Plaintiff, Lompa Farms ("Plaintiff") pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses all claims in this action with prejudice as to Defendant MAX CARDEY.

Date: April 12, 2012          LOMPA FARMS, INC. a/k/a LOMPA RANCH


By:  /s/ Kathryn Diemer, Esq.
       Attorney for Plaintiff

**COURT SERVICE LIST**

Edward William Smithers
Counsel for Max Cardey
ews@smitherslf.com

Louis D. Torch
Counsel for M. Park et al.
ltorch@bakermanock.com

Patrick Gorman, Esq.
Counsel for Anchor Warehouse et al.
Pgorman@wctlaw.com