DIEMER, WHITMAN & CARDOSI, LLP
KATHRYN DIEMER #133977
DOMINIQUE A. SOPKO #240015
75 East Santa Clara Street, Suite 290
San Jose, California 95113

ATTORNEYS FOR LOMPA FARMS, INC.
a/k/a LOMPA RANCH

IT IS SO ORDERED
Judge Edward J. Davila
4/17/2012

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH, | CIVIL ACTION |
| Plaintiff, | Case No. CV 11-00062 EJD |
| v. | STIPULATION FOR ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP (a)(2)] |
| ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, et al., | Hon. Edward J. Davila |
| Defendants. | Action Filed: January 5, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a LOMPA RANCH and defendant MAX CARDEY , by and through their respective counsel, that the court enter an Order of Dismissal with prejudice of defendant MAX CARDEY from the above captioned action pursuant to FRCP 41(a)(2). The Clerk shall close this file.

Date: April 13, 2012     LOMPA FARMS, INC. a/k/a LOMPA RANCH


By: /s/ Kathryn Diemer, Esq.
     Attorney for Plaintiff

Date: April 13, 2012     MAX CARDEY


By: /s/ Mary Ann O'Hara, Esq.
     Attorney for Defendant