1  DIEMER, WHITMAN & CARDOSI, LLP
   KATHRYN DIEMER #133977
2  DOMINIQUE A. SOPKO #240015
   75 East Santa Clara Street, Suite 290
3  San Jose, California 95113

4  ATTORNEYS FOR LOMPA FARMS, INC.
   a/k/a LOMPA RANCH

**IT IS SO ORDERED**
Judge Edward J. Davila
4/17/2012

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| LOMPA FARMS, INC. a/k/a LOMPA RANCH,<br><br>          Plaintiff,<br><br>     v.<br><br>ANCHOR WAREHOUSE SERVICES LLC d/b/a ANCHOR WAREHOUSE PACKING SERVICES, et al.,<br><br>          Defendants. | CIVIL ACTION<br><br>Case No. CV 11-00062 EJD<br><br>STIPULATION FOR ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE [FRCP (a)(2)]<br><br>Hon. Edward J. Davila<br><br>Action Filed: January 5, 2011 |

IT IS HEREBY STIPULATED by and between plaintiff LOMPA FARMS, INC. a/k/a LOMPA RANCH and defendant MAX CARDEY, by and through their respective counsel, that the court enter an Order of Dismissal with prejudice of defendant MAX CARDEY from the above captioned action pursuant to FRCP 41(a)(2). The Clerk shall close this file.

Date:  April 13, 2012          LOMPA FARMS, INC. a/k/a LOMPA RANCH


                               By: /s/ Kathryn Diemer, Esq.
                                   Attorney for Plaintiff

Date:  April 13, 2012          MAX CARDEY


                               By: /s/ Mary Ann O'Hara, Esq.
                                   Attorney for Defendant